IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH MARRISSETTE,

    Plaintiff,

vs.

GLADYSE TAYLOR, *et al.*,

    Defendants.

Case No. 11-cv-1143-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Gladyse Taylor, Jody Goetting, Allen Martin, Randy Davis, Robinson, K. Deen, Theresa Kisro, Phillips L. Bailey, Marcus T. Marvin, Heartman, Harris, and W.J. Harris and against Plaintiff Keith Marrissette.

IT IS FURTHERED ORDERED that this case is dismissed with prejudice as to all defendants.

**DATED:**    September 20, 2013       **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                               By: s/Kailyn Kramer, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**